UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRET MICHAELS and LAST CHILD
PRODUCTIONS,

                            Plaintiffs,

    vs                                     5:10-CV-989

MICHAEL S. BANKS and ALOHA EVENTS, LLC,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                 OF COUNSEL:

BIENSTOCK, MICHAEL LAW FIRM        BRENT M. DAVIS, ESQ.
Attorneys for Plaintiffs                     RONALD S. BIENSTOCK, ESQ.
411 Hackensack Avenue
Hackensack, NJ 07601

MICHAEL S. BANKS
Defendant, Pro se
5 Oriole Path
Liverpool NY 13090

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff brought this action asserting claims of breach of contract and defamation. On April 29, 2011, the Honorable David E. Peebles, United States Magistrate Judge, advised, by Report-Recommendation, that plaintiffs' motion to strike the answer of Aloha Events, LLC, be granted, that the answer be stricken, and default be entered. No objections to the Report-Recommendation were filed.

Based upon a careful review of entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  <u>See</u> 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that

1. Plaintiffs' motion to strike the answer of Aloha Events, LLC, is GRANTED;

2. The answer of Aloha Events, LLC, is STRICKEN from the record; and

3. The Clerk of the Court is directed to enter default against Aloha Events, LLC.

IT IS SO ORDERED.

_____
United States District Judge

Dated: May 27, 2011
        Utica, New York.