**BIENSTOCK & MICHAEL, P.C.**
Ronald S. Bienstock, Esq. (601660)
Brent M. Davis, Esq. (516454)
Continental Plaza
411 Hackensack Avenue, 7th Floor
Hackensack, New Jersey 07601
Telephone: (201) 525-0300

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRET MICHAELS and<br>LAST CHILD PRODUCTIONS, INC.,<br><br>Plaintiffs,<br><br> - against -<br><br>MICHAEL S. BANKS, JENNIFER KINGSTON<br>and ALOHA EVENTS, LLC,<br><br>Defendants. | Civil Action No.:<br>5:10-cv-989(DNH/DEP)<br><br>**Request for<br>Clerk's Certificate<br>Of Entry of Default** |

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, plaintiffs Bret Michaels and Last Child Productions, Inc. request a Clerk's certificate of entry of default against defendant Michael S. Banks. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

       1) is not an infant or incompetent person;

       2) is not in the military service;

       3) was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

       4) has defaulted in appearance in the above captioned action.

//
//

| | |
|---|---|
| Hackensack, NJ<br>Date:  June 24, 2011 | s/ Brent M. Davis<br>Brent M. Davis, Esq. (516454)<br>Ronald S. Bienstock, Esq. (601660)<br>BIENSTOCK & MICHAEL, P.C.<br><br>*Attorneys for Plaintiffs* |