UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRET MICHAELS and LAST CHILD
PRODUCTIONS, INC.,

                    Plaintiffs,

  -v-                                                              5:10-CV-989

MICHAEL S. BANKS; ALOHA EVENTS, LLC;
and JENNIFER KINGSTON,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## O R D E R

     The summons and complaint in this action having been duly served on defendant Aloha Events, LLC, and said defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, it is

     ORDERED that

     The plaintiffs do recover from defendant Aloha Events, LLC, with a principal place of business at 5 Oriole Path, Liverpool, New York 13090, the sum of ninety-five thousand dollars ($95,000.00), plus interest at the legal rate in effect on the date of this judgment.

     IT IS SO ORDERED.

                                                                            United States District Judge

Dated: August 12, 2011
       Utica, New York.